UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KHSHYAR AMANAZEDI,

                    Petitioner,

        v.

DEPRATMENT OF HOMELAND SECURITY, et al.,

                    Respondents.

Case No. 5:26-cv-01046-JLS-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED (1) that judgment be entered granting the petition and (2) that Respondents release Petitioner from their custody immediately.

DATED: April 8, 2026

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE