UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KHSHYAR AMANAZEDI,

                    Petitioner,

          v.

DEPRATMENT OF HOMELAND SECURITY, et al.,

                    Respondents.

Case No. 5:26-cv-01046-JLS-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is granted.

DATED:  April 8, 2026

_____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE